

# THE SUPREME COURT OF TEXAS
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

FILED COURT OF APPEALS
12th Court of Appeals District

MAR - 6 2006

TYLER, TEXAS
CATHY S. LUSK, CLERK

March 03, 2006

Mr. Carnegie H. Mims Jr.
Mims & Associates
203 Candler Drive
Houston, TX 77037

Mr. J. Scott Killough
5610 Old Bullard Road, Suite 203
Tyler, TX 75703

Mr. Kenneth E. Raney
Thigpen & Raney
110 North College Street, Suite 1401
Tyler, TX 75702

Mr. M. Keith Dollahite
M. Keith Dollahite, P.C.
100 East Ferguson, Suite 1015
Tyler, TX 75702

Mr. Wayne Barry Slaughter Jr.
935 The Center, 8323 SW Freeway
Houston, TX 77074

RE:   Case Number:  06-0131
      Court of Appeals Number:  12-04-00144-CV
      Trial Court Number:  32,334-P

Style:  IN THE ESTATE OF EARLE STANTON, DECEASED

Dear Counsel:

Today the Supreme Court of Texas denied Petitioner's Motion to Extend Length of Petition for Review and struck the petition for review in the above-referenced case. The Court strikes the petition for review with the following notation:

"The petition violates Texas Rule of Appellate Procedure 53.6 and is struck. Petitioner is ordered to redraw; the redrawn petition is due to be filed no later than **3:00 p.m.**, **March 13, 2006.**"

Sincerely,

*Andrew Weber*

Andrew Weber, Clerk
by Claudia Jenks, Chief Deputy Clerk

cc:   Ms. Judy Carnes
      Ms. Cathy S. Lusk